**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-18-0000058**
**12-JUN-2018**
**08:20 AM**

NO. CAAP-18-0000058

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


SHIZUKO MATSUDA, Plaintiff-Appellee,
v.
CITY AND COUNTY OF HONOLULU,
Defendant/Cross-Claim Defendant/
Cross-Claim Plaintiff/Appellee,
and
STATE OF HAWAI'I,
Defendant/Cross-Claim Plaintiff/
Cross-Claim Defendant/Appellant,
and
JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10;
DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10,
Defendants.


CITY AND COUNTY OF HONOLULU,
Third-Party Plaintiff/Counterclaim-Defendant/Appellee,
v.
STATE OF HAWAI'I,
Third-Party Defendant/Counterclaim-Plaintiff/
Cross-Claim Defendant/Appellant,
and
FINISH LINE PROPERTIES, LLC,
Third-Party Defendant/Cross-Claim Plaintiff/
Counterclaim-Plaintiff/Appellee,
and
DOE DEFENDANTS 1-100, Third-Party Defendants.


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 14-1-0921)

<u>ORDER GRANTING THE MAY 16, 2018 MOTION TO DISMISS APPEAL</u>
(By: Ginoza, Chief Judge, and Leonard and Reifurth, JJ.)

Upon consideration of "Defendant-Appellant State of Hawaii's Motion to Dismiss Appeal Filed on February 1, 2018," filed May 16, 2018, the papers in support, the record, and there being no opposition,

IT IS HEREBY ORDERED that the motion is granted, and the appeal is dismissed, pursuant to Hawaiʻi Rules of Appellate Procedure Rule 42(b).

DATED: Honolulu, Hawaiʻi, **June 12, 2018.**

Chief Judge

Associate Judge

Associate Judge